IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CECIL BRADLEY MATHEWS,

    Plaintiff,

v.                             CASE NO.  4:14cv331-RH/CAS

JENNIFER PARKER et al.,

    Defendants.

_____/

## ORDER DENYING A TEMPORARY RESTRAINING ORDER

This case is before the court on the magistrate judge's first and second reports and recommendations, ECF Nos. 5 and 13.  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

The reports and recommendations are ACCEPTED and adopted as the court's opinions.  The emergency motions for a temporary restraining order, ECF

Nos. 3 and 11, are DENIED. The case is remanded to the magistrate judge for further proceedings.

    SO ORDERED on October 5, 2014.

                                      s/Robert L. Hinkle
                                      United States District Judge